# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Anthony Favors, | Case No. 22-cv-1276 (DSD/DTS) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Ryan Reese, et al., | |
| Defendants. | |

In an order dated May 19, 2022, this Court denied the application to proceed *in forma pauperis* (IFP) of plaintiff Joseph Anthony Favors. *See* Docket No. 15. Favors was given 21 days in which to pay the filing fee for this matter and proceed as a non-IFP litigant, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See id.* (citing Fed. R. Civ. P. 41(b)).

That deadline has now passed, and Favors has not paid the filing fee for this matter. Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

For the reasons set forth above, the Court RECOMMENDS THAT this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: June 17, 2022             __s/David T. Schultz_____
    DAVID T. SCHULTZ
    U.S. Magistrate Judge

## NOTICE

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2).  All objections and responses must comply with the word or line limits set for in LR 72.2(c).